NUMBER 13-07-259-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________________


ISAAC GARCIA, JR., Appellant,


v.



THE STATE OF TEXAS, Appellee.

_____________________________________________________________


On appeal from the 105th District Court of Nueces County, Texas.


_____________________________________________________________


MEMORANDUM OPINION





Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam





 Appellant, ISAAC GARCIA, JR., attempts to appeal a conviction for aggravated
assault. The trial court has certified that "the defendant has waived the right of appeal." 
See Tex. R. App. P. 25.2(a)(2).

 On April 20, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On May 21, 2007, counsel filed a letter brief with this Court. Counsel's response
fails to establish either that the certification currently on file with this Court is incorrect or
that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).


Memo Opinion delivered and filed this

the 28th day of June, 2007.